# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3053
LT Case No. 2018-CF-8277-A

_____

STEVEN BERNARD JENKINS, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

Steven Bernard Jenkins, Jr., Lowell, pro se.

Ashley Moody, Attorney General and Kristie Regan, Assistant
Attorney General, Tallahassee, for Appellee.

January 16, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

HARRIS, SOUD, and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____